UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ SIMON,<br><br>                                   Petitioner,<br><br>v.<br><br>PATRICK DIVVER; TODD M. LYONS; KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and CHRISTOPHER J. LAROSE,<br><br>                                   Respondents. | Case No.: 3:26-cv-13-JES-BJW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART AS MOOT PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner Francisco Hernandez Simon's Petition for of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On January 7, 2026, the Court issued an order granting the petition in part and ordering a bond hearing. ECF No. 6. On January 14, 2026, Respondents filed a Notice of Compliance, notifying the Court that Petitioner received a bond hearing, where he was ordered released on bond. ECF No. 7.

//

//

//

//

1

Accordingly, the Court now **DENIES AS MOOT** the remainder of the petition. The Clerk is directed to **CLOSE** this case.

     **IT IS SO ORDERED.**

Dated: January 20, 2026

Honorable James E. Simmons Jr.
United States District Judge